AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Shawn Ruark | ) Case No. 8:21-cr-218-WFJ-AAS |
| a/k/a "Nazi" | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Shawn Ruark a/k/a "Nazi",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Assault in Aid of Racketeering, in violation of 18 U.S.C. §§ 1959(a)(3) and 2

Date: 3-2-23

*Issuing officer's signature*

City and state:     Tampa, FL     ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/2/2023, and the person was arrested on *(date)* 5/2/2023
at *(city and state)* Charlotte, North Carolina.

Date: 5/2/2023

*Arresting officer's signature*

MICHAEL CONNELL DUSM
*Printed name and title*